ANNETTE L. HURST (Bar No. 148738)
DANIEL N. KASSABIAN (Bar No. 215249)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
E-mail:    Annette.Hurst@HellerEhrman.com
          Daniel.Kassabian@HellerEhrman.com

Attorneys for Plaintiffs
GYM-MARK, INC. and THE GYMBOREE CORPORATION

FILED

2007

RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

EDL

| | |
|---|---|
| GYM-MARK, INC. and THE GYMBOREE CORPORATION | Case No.: C 07 3523 |
| Plaintiffs, | |
| v. | **COMPLAINT FOR COPYRIGHT INFRINGEMENT AND UNFAIR COMPETITION** |
| CHILDREN'S APPAREL NETWORK, LTD. and MERVYN'S LLC, | **JURY DEMAND** |
| Defendants. | **CERTIFICATE OF INTERESTED PARTIES** |

Plaintiff Gym-Mark, Inc. ("Gym-Mark") and Plaintiff The Gymboree Corporation ("Gymboree") (collectively "Plaintiffs") complain in this action against Defendant Mervyn's LLC ("Mervyn's") and Defendant Children's Apparel Network, Ltd. ("CAN") (collectively "Defendants") as follows:

## PARTIES

1.    Plaintiff Gym-Mark is a corporation organized and existing under the laws of the State of California with its principal place of business at 500 Howard Street, San Francisco, California 94105.

Heller
Ehrman LLP

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND UNFAIR COMPETITION

2.    Plaintiff Gymboree is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business at 500 Howard Street, San Francisco, California 94105.

3.    Based upon its corporate filings with the California Secretary of State, Defendant Mervyn's is a limited liability company organized and existing under the laws of the State of California with its headquarters located at 22301 Foothill Boulevard, Hayward, California 94541. Mervyn's also is doing business in this District through numerous retail stores located throughout this District.

4.    Based upon its corporate filings with the New York Secretary of State, Defendant CAN is a corporation organized and existing under the laws of New York State, with its principal place of business at 77 South First Street, Elizabeth, New Jersey 07206. Based upon the YOUNG HEARTS labels sewn into the infringing goods found in Mervyn's retail stores (as described below) and Plaintiffs' subsequent investigation revealing that the federal trademark registration YOUNG HEARTS is owned by CAN, Plaintiffs allege that CAN transacts with persons within this District and knowingly places articles of clothing into the stream of commerce for sale within this District—in particular, by selling and shipping its goods to Mervyn's, a company headquartered in this District and with stores throughout this District.

## JURISDICTION AND VENUE

5.    This action is for the infringement of United States copyrights, pursuant to the laws of the United States, 17 U.S.C. § 101 *et seq*., and for unfair competition in violation of California law. Subject matter jurisdiction for the claim of copyright infringement is proper in this Court pursuant to 28 U.S.C. §§ 1331 and 1338(a). Supplemental jurisdiction for the claim of unfair competition is proper in this Court pursuant to 28 U.S.C. § 1367 because it forms part of the same case or controversy as the claim for copyright infringement.

6.    General personal jurisdiction over Mervyn's is proper in this District in light of its headquarters in this District, stores within this District, and systematic business

Heller
Ehrman LLP

2

1  activity within the District. Additionally, specific personal jurisdiction over Mervyn's is
2  proper in this District in light of its sales of the infringing articles within the District, and by
3  engaging in unfair competition in this District.

4      7.     Specific personal jurisdiction over CAN is proper in this District in light of its
5  business activity with Mervyn's, headquartered within the District, contacts with this
6  District in connection with the sale of the infringing articles to Mervyn's, and knowing
7  harm of Gym-Mark and Gymboree in this District by its knowing placement of the
8  infringing articles into the stream of commerce for sale within this District, and by engaging
9  in unfair competition in this District in connection with the actions described herein.

10     8.     Venue is proper in this District pursuant to 28 U.S.C. § 1400(a).

11

12                          **INTRADISTRICT ASSIGNMENT**

13     9.     Because this action is an Intellectual Property Action within the meaning of
14  Civil Local Rule 3-2(c), the action is to be assigned on a district-wide basis.

15

16                          **FACTUAL BACKGROUND**

17     10.    Gym-Mark owns United States Copyright Registration No. VAu682-370
18  dated November 18, 2005, titled the "GIRL/BABYGIRL/KIDGIRL SUMMER I FIESTA
19  2006" line, including "FIESTA FLOWERS & CROCHET INSET" and "FIESTA
20  FLOWERS WITH LADYBUGS". FIESTA FLOWERS & CROCHET INSET is an
21  original and appealing fabric pattern for machine crewel embroidery, featuring artful
22  arrangements of red, tangerine-color, and light purple flowers of different shapes and sizes
23  with a green garland of leaves connecting the flowers in the arrangements. FIESTA
24  FLOWERS WITH LADYBUGS is an original and appealing fabric pattern for machine
25  crewel embroidery featuring an artful arrangement of red, tangerine-color, light purple and
26  hibiscus-color flowers, with green leaf and stem accents, and ladybugs with swirling,
27  broken-line trails as a fanciful indicator of the flight of those insects amongst the colorful

Heller     28
Ehrman LLP

                                    3
COMPLAINT FOR COPYRIGHT INFRINGEMENT AND UNFAIR COMPETITION

1 flowers. True and correct copies of Registration No. VAu682-370 and deposits for the
2 same are attached hereto as Exhibit A.

3     11.    Gym-Mark authorized the use of FIESTA FLOWERS & CROCHET INSET
4 and FIESTA FLOWERS WITH LADYBUGS by Gymboree, its affiliate and exclusive
5 licensee for these designs, in connection with high-end children's apparel sold under the
6 GYMBOREE® brand.  The GYMBOREE® garments depicting the designs were available to
7 the public nationwide throughout the approximately 550 GYMBOREE® stores and on its
8 web site located at <www.gymboree.com> commencing in or about April 2006. Thus,
9 CAN and Mervyn's had access to these designs at least as of that time.

10    12.    In or about May 2007, Plaintiffs became aware of the sale by Mervyn's of
11 numerous items of children's apparel manufactured by CAN under the trademark "YOUNG
12 HEARTS" registered to CAN, bearing embroidery designs substantially similar to that of
13 FIESTA FLOWERS & CROCHET INSET and FIESTA FLOWERS WITH LADYBUGS.
14 The designs as depicted on these garments were worked cheaply in comparison to the
15 Gymboree versions because they used less stitching and less precision, and the overall
16 knockoff garments (the "Defendants' Knockoffs"), while also substantially similar to the
17 GYMBOREE® garments, were made of much cheaper fabric and sold at a significantly
18 lower price point than the garments sold by Gymboree.

19    13.    As shown in Exhibit B attached hereto, the design on the Defendants'
20 Knockoff is substantially similar to the Plaintiffs' registered work FIESTA FLOWERS &
21 CROCHET INSET.  The overall arrangement, colors, shapes, sizes, and placement of the
22 unique, individual flower and garland elements of the embroidery are substantially similar.

23    14.    As shown in Exhibit C attached hereto, the design on the Defendants'
24 Knockoff is substantially similar to the Plaintiffs' registered work FIESTA FLOWERS
25 WITH LADYBUGS.  The overall arrangement, colors, shapes, relative sizes and placement
26 of the unique, individual flower, leaf, stem, and ladybug elements of the embroidery are
27 substantially similar.

28

Heller
Ehrman LLP

4
COMPLAINT FOR COPYRIGHT INFRINGEMENT AND UNFAIR COMPETITION

1    15.    As shown in Exhibit D attached hereto, the design on the Defendants'
2    Knockoff is substantially similar to the Plaintiffs' registered work FIESTA FLOWERS
3    WITH LADYBUGS. The overall arrangement, colors, shapes, sizes, and placement of the
4    unique, individual flower, leaf, and ladybug elements of the embroidery are substantially
5    similar.

6    16.    To date, Plaintiffs have discovered at least three of Defendants' Knockoffs,
7    shown in Exhibits B, C, and D; there may well be others. Given the distinctiveness of
8    Gym-Mark's designs, the fact that CAN copied at least two different embroidery designs
9    onto at least three garments, and the fact that Gymboree competes directly with Defendants
10   in the infant and children's clothing market, it is apparent that Defendants have willfully
11   infringed Gym-Mark's designs.

12

13                                    **FIRST CLAIM FOR RELIEF**

14            **(Copyright Infringement By All Plaintiffs Against All Defendants)**

15   17.    Paragraphs 1 through 16 are hereby incorporated by reference.

16   18.    Mervyn's has infringed Gym-Mark's copyright in FIESTA FLOWERS &
17   CROCHET INSET and FIESTA FLOWERS WITH LADYBUGS through the reproduction
18   and/or distribution of substantially similar embroidery designs on its girls' garments sold
19   throughout Mervyn's stores, including those stores found in this District.

20   19.    CAN has infringed Gym-Mark's copyright in FIESTA FLOWERS &
21   CROCHET INSET and FIESTA FLOWERS WITH LADYBUGS through the reproduction
22   and/or distribution of substantially similar embroidery designs. Upon information and
23   belief, CAN manufactured the embroideries and the garments on which they are stitched,
24   and supplied these garments to Mervyn's for sale throughout this District.

25   20.    Upon information and belief, the infringement of Gym-Mark's registered
26   copyrights was willful. In designing Defendants' Knockoffs to compete with Gymboree's
27   garments, CAN had access to FIESTA FLOWERS & CROCHET INSET and FIESTA
28   FLOWERS WITH LADYBUGS. In deciding to carry FIESTA FLOWERS & CROCHET

Heller
Ehrman LLP

5

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND UNFAIR COMPETITION

1 INSET and FIESTA FLOWERS WITH LADYBUGS in its line of clothing, Mervyn's had
2 access to Gymboree's competing garments. The similarity of these highly creative designs,
3 and the use for identical purposes on competing products in the form of children's clothing
4 targeted to children of the same age and sex, give rise to a strong inference of willful
5 infringement.

6     21.    Gym-Mark has been damaged by Defendants' willful infringement in a sum
7 to be determined.

8     22.    Gymboree, the licensee of FIESTA FLOWERS & CROCHET INSET and
9 FIESTA FLOWERS WITH LADYBUGS, has been damaged by Defendants' willful
10 infringement in a sum to be determined.

11     23.    As a direct result of the Defendants' infringement, Plaintiffs have suffered and
12 will continue to suffer irreparable harm, including but not limited to harm to their business
13 reputation and goodwill.

14     24.    Plaintiffs are informed and believe and on that basis allege that Defendants
15 threaten to continue their infringing activities, and unless restrained and enjoined, will do
16 so. Plaintiffs' remedy at law is not by itself adequate to compensate them for the harm
17 inflicted and threatened by Defendants.

## SECOND CLAIM FOR RELIEF

**(Unfair Competition Pursuant To Cal. Bus. & Prof. Code §§ 17200 *et seq.*
By Gymboree Against All Defendants)**

21     25.    Paragraphs 1 through 16 are hereby incorporated by reference.

22     26.    The California Unfair Business Practices Act, Bus. & Prof. Code §§ 17200 *et*
23 *seq.* ("Section 17200"), defines unfair competition as any "unlawful, unfair or fraudulent
24 business act or practice." Section 17200 provides for injunctive relief and restitution to
25 persons harmed by unfair competition.

26     27.    Defendants are direct competitors of Gymboree in the market for infants' and
27 young children's apparel.

28

Heller
Ehrman LLP

6

COMPLAINT FOR COPYRIGHT INFRINGEMENT AND UNFAIR COMPETITION

28. By engaging in the practices described in paragraphs 9 through 16, above, Defendants have engaged, and will continue to engage, in unfair competition as defined by Section 17200. These acts and practices violate Section 17200 in at least the following respects:

(a) Defendants have engaged, and will continue to engage, in the unlawful business act or practice of infringing Gym-Mark's copyrighted embroidery designs, which Gymboree licenses, through CAN's reproduction of substantially similar embroidery designs on Defendants' Knockoffs and Mervyn's distribution of the same throughout its stores;

(b) Defendants have engaged, and will continue to engage, in the unfair business practice of not investing in the creation of their own embroidery designs, or paying for others' designs, in their reproduction and/or distribution of Defendants' Knockoffs, which compete with Gymboree's goods; and

(c) Defendants have engaged, and will continue to engage, in the unlawful, unfair, and fraudulent business practice of reproducing and/or distributing Defendants' Knockoffs, which are cheaper replicas of Gymboree's Girl/BabyGirl/Kidgirl Summer I Fiesta 2006 line of apparel.

29. As a direct result of unfair competition by Defendants, Gymboree has suffered and will continue to suffer irreparable harm, including but not limited to harm to its business reputation and goodwill. Because of Defendants' unlawful, unfair, and fraudulent business acts and practices, once customers learn that Defendants have a practice of pirating the Gymboree apparel with embroidery designs, they will refrain from purchasing Gymboree's more expensive apparel and wait to purchase the knocked-off, less-expensive items of apparel with similar designs that have been reproduced by CAN and sold by Mervyn's.

30. Defendants have been unjustly enriched by its unfair, unlawful and deceptive practices in a sum to be determined.

Heller
Ehrman LLP

7

1    31.    Defendants are presently engaged in unfair competition, and unless
2  immediately restrained and enjoined, will continue to do so. Gymboree's remedy at law is
3  not by itself adequate to compensate them for the harm inflicted and threatened by
4  Defendants.

## PRAYER

7        WHEREAS, Plaintiffs pray for relief as follows:

8    A.    For a judgment pursuant to 17 U.S.C. § 501 that Defendants have infringed
9  Plaintiff's copyright in the work described herein and as reflected in United States
10  Copyright Registration No. VAu682-370;

11    B.    For an entry of preliminary and permanent injunctive relief pursuant to 17
12  U.S.C. § 502 enjoining and restraining Defendants, their offices, directors, agents, servants,
13  employees and all other persons in privity or acting in concert with them from further
14  infringement of Plaintiffs' copyright as described herein and any others;

15    C.    For entry of relief impounding all infringing articles, and destruction thereof,
16  pursuant to 17 U.S.C. § 503;

17    D.    For a finding that the infringement by Defendants was willful, and for an
18  additional award for their willful infringement, pursuant to 17 U.S.C. § 504;

19    E.    For an accounting of all of Defendants' profits attributable to the
20  infringement, including both direct profits and indirect profits in the form of convoyed sales
21  of related items, pursuant to 17 U.S.C. § 504;

22    F.    For an award to Plaintiffs of their actual damages and any additional profits of
23  the infringer, or enhanced statutory damages, whichever is the greatest, pursuant to 17
24  U.S.C. § 504;

25    G.    For an award of Plaintiffs' attorneys' fees, expenses and costs, pursuant to 17
26  U.S.C. § 505;

27    H.    For an entry of preliminary and permanent injunctive relief enjoining and
28  restraining Defendants, their officers, directors, agents, servants, employees and all other

Heller
Ehrman LLP

8

1 persons in privity or acting in concert with them from further engaging in unlawful, unfair,

2 and fraudulent business acts and practices, pursuant to Cal. Bus. & Prof. Code § 17203;

3  I.  For an award of restitution to Gymboree, pursuant to Cal. Bus. & Prof. Code

4 § 17203;

5  J.  For an award to Plaintiffs of such other and further relief as this Court deems

6 just and proper.

7 Dated: July 6, 2007      Respectfully submitted,

8               HELLER EHRMAN LLP

9

10           By _____

                ANNETTE L. HURST

11           Attorneys for Plaintiffs

          GYM-MARK, INC. and

12           THE GYMBOREE CORPORATION

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Heller
Ehrman LLP

1

## DEMAND FOR JURY TRIAL

2      In accordance with Federal Rule of Civil Procedure 38(b), Plaintiff Gym-Mark, Inc.

3   and Plaintiff The Gymboree Corporation demand a trial by jury on all issues triable by a

4   jury.

5   Dated: July 6, 2007                    Respectfully submitted,

6                                          HELLER EHRMAN LLP

7

8                                          By _____
                                              ANNETTE L. HURST
9                                          Attorneys for Plaintiffs
                                           GYM-MARK, INC. and
10                                          THE GYMBOREE CORPORATION

11

12

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

13      In accordance with Civil Local Rule 3-16, the undersigned certifies that the

14   following listed persons, associations of persons, firms, partnerships, corporations

15   (including parent corporations) or other entities (i) have a financial interest in the subject

16   matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in

17   that subject matter or in a party that could be substantially affected by the outcome of this

18   proceeding:

19      Plaintiff Gym-Mark, Inc. is wholly owned by Plaintiff The Gymboree Corporation;

20   and Plaintiff The Gymboree Corporation is a publicly traded company, of which more than

21   10% is owned by FMR Corporation and by Goldman Sachs Asset Management, L.P.

22   Dated: July 6, 2007                    Respectfully submitted,

23                                          HELLER EHRMAN LLP

24

25                                          By _____
                                              ANNETTE L. HURST
26                                          Attorneys for Plaintiffs
                                           GYM-MARK, INC. and
27                                          THE GYMBOREE CORPORATION

28

Heller
Ehrman LLP

# EXHIBIT A

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VAu 682−370**

EFFECTIVE DATE OF REGISTRATION

Nov 18 2005
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

# 1

**TITLE OF THIS WORK ▼**   "GIRL/BABY GIRL/KID GIRL SUMMER I FIESTA 2006" line

**NATURE OF THIS WORK ▼ See Instructions**   FABRIC PATTERN

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give   **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

---

# 2

**NAME OF AUTHOR ▼**
**a** GYM-MARK, INC

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**Was this contribution to the work a "work made for hire"?**   ☒ Yes   ☐ No

**Author's Nationality or Domicile** Name of Country   OR { Citizen of ▶ USA   Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes, see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es)  **See Instructions**
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**NAME OF AUTHOR ▼**
**b**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**Was this contribution to the work a "work made for hire"?**   ☐ Yes   ☐ No

**Author's Nationality or Domicile** Name of Country   OR { Citizen of ▶   Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes, see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es)  **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

# 3

**a** **Year in Which Creation of This Work Was Completed** 2005
◀Year   This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work** Complete this information ONLY if this work has been published.   Month ▶   Day ▶   Year ▶   ◀ Nation

---

# 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
GYM-MARK, INC
500 HOWARD STREET
SAN FRANCISCO, CA 94105

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

**See instructions before completing this space**

APPLICATION RECEIVED
NOV 18 2005
ONE DEPOSIT RECEIVED
NOV 18 2005
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**   Complete all applicable spaces (numbers 5-9) on the reverse side of this page   See detailed instructions.   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of __ pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a
b

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼  GYMBOREE CORPORATION          **Account Number** ▼  DA Ø78743

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  **Name/Address/Apt/City/State/ZIP** ▼

Gym-Mark, Inc
500 Howard Street
San Francisco, CA 94105
Attn: Kimberly MacMillan

Area code and daytime telephone number ▶ 415 278 7228          Fax number ▶ 415 278 7562

Email ▶ kimberly_macmillan@gymboree.com

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   GYM-MARK, INC

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

KIMBERLY MACMILLAN          **Date** ▶ 11/16/05

**Handwritten signature (X)** ▼

X  Kimberly MacMillan /mvl

| Certificate will be mailed in window envelope to this address | **Name** ▼  Kimberly MacMillan GYM-MARK, INC |
|---|---|
| | **Number/Street/Apt** ▼  500 HOWARD STREET |
| | **City/State/ZIP** ▼  SAN FRANCISCO, CA 94105 |

**9**

Complete all necessary spaces
Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

As of July 1, 1999, the filing fee for Form VA is $30.

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000          ⚙ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71
WEB REV: June 1999

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application. Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
- Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**FORM** VAU/CON

UNITED STATES COPYRIGHT OFFICE

**VAu 682-370**

PA|PAU|SE|SEG|SEU|SR|SRU|TX|TXU|VA|VAU

**EFFECTIVE DATE OF REGISTRATION**

Nov     18     2005
(Month)   (Day)   (Year)

**CONTINUATION SHEET RECEIVED**

Page   3   of   4   pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A**
Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:

- **TITLE.** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

"GIRL/BABY GIRL/KID GIRL SUMMER I FIESTA 2006" Line

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S)** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms.)

GYM-MARK, INC.

500 Howard Street

San Francisco

California 94105

**B**
Continuation of Space 2

**d**

| NAME OF AUTHOR ▼ | | DATES OF BIRTH AND DEATH |
| --- | --- | --- |
| | | Year Born▼   Year Died▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of ▶ _____
☐ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

| NAME OF AUTHOR ▼ | | DATES OF BIRTH AND DEATH |
| --- | --- | --- |
| | | Year Born▼   Year Died▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of ▶ _____
☐ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

| NAME OF AUTHOR ▼ | | DATES OF BIRTH AND DEATH |
| --- | --- | --- |
| | | Year Born▼   Year Died▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of ▶ _____
☐ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF (Check which): ☒ Space 1   ☐ Space 4   ☐ Space 6

**C**

Continuation
of other
Spaces

LARGE VIESTA FLORAL (A1471-1)
CROCHET FIESTA FLOWERS
FIESTA FLOWERS W/LADYBUGS
FIESTA
CREWEL FIESTA FLOWER VINE
FIESTA BOUQUET W/LADYBUGS
SMALL FIESTA FLORAL (A1467-1)
FIESTA FLOWERS &B CROCHET INSET
FIESTA LADYBUG
LITTLE LADY FIESTA FLOWER
FIESTA CROCHET FLOWER & EMBRODIERY
FIESTA FLOWERS WITH LADYBUGS

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼ Kimberly MacMillan

Number/Street/Apt ▼ THE GYMBOREE CORPORATION
500 Howard Street

City/State/ZIP ▼ San Francisco
California 94105

YOU MUST:
Complete all necessary spaces
Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or
money order payable to Register
of Copyrights
3. Deposit Material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**D**

U.S Government Printing Office: 2000-461-113/20,021

KNIT/WOVEN                7/1/05

A1471-1
Large Fiesta Floral - Lil Snow
Girl/Baby Girl Summer 2006 Delivery



Repeat 8.42"          0 Drop

Side Repeat 8.39"

GROUND

| Lil Snow | Jubilee Red | Buff Orange | Forest Shade | Very Berry | Tangerine | Hibiscus Cooler | Flamingo | Black |

BG06-SMR1-013
BABY GIRL: SUMMER 1 2006
MACHINE EMBROIDERY AND CROCHET FLOWERS
REF# BG21147

FIESTA
CROCHET/FLOWERS

9/26/05 REMOVED BACK A/W
8/11/05: ADD LADY BUGS TO A/W
7/18/05

## 12-18 MOS.

PLEASE SEE TECH DESIGN AND COLOR SKETCH FOR EXACT PLACEMENT

LEFT SHORT LEG/FRONT

DENIM GROUND
RIGHT SHORT LEG/FRONT



CROCHET
FLOWER/3-D LOOSE

MACHINE
EMBROIDERY
IN CENTER
OF FLOWERS
AND LEAVES



MACHINE
EMBROIDERED
RUNNING
STITCH



GROUND

DENIM    Tangerine    Jubilee
Red    Buff
Orange    Forest
Shade    VERY
BERRY    BLACK

BG06-SMR1-020  FIESTA FLOWERS W/LADYBUGS
MACHINE CREWEL EMBROIDERY
BABY GIRL - SUMMER 1 2006 DELIVERY
REF# BG71086
STYLE#                                                                    LATE ADD 9/27/05



12-18 MOS.
PLEASE SEE TECH DESIGN AND COLOR SKETCH FOR EXACT PLACEMENT

ALL MACHINE CREWEL EMBROIDERY

MACHINE CREWL EMBROIDERY
RUNNING STITCH

GROUND



Army    Jubilee Red    Tangerine    Very Berry    Forest Shade    Buff Orange    Hibiscus Cooler    BLACK

G06-SMR1-010 FIESTA
KID GIRL:SUMMER 1 2006
LASER CUT RIBBON APPLIQUE/MACHINE EMBROIDERY/BUTTON
REF# 12314                    3-4 YEARS
STYLE #

8/10/05 7/18/05
REVISED
BUTTON COLOR

PLEASE SEE TECH DESIGN AND COLOR SKETCH FOR EXACT PLACEMENT

MACHINE EMBROIDERED
RUNNING STITCH

*fiesta*

ALL LETTER:
LASER CUT SATIN RIBBON
T13021 APPLIQUED
TACKED DOWN
WITH
MACHINE EMBROIDERED
RUNNING STITCH

FAUX
18L WOOD
FLOWER
BUTTON
B32017

| | | | |
|---|---|---|---|
| Lil Snow | VERY BERRY | Tangerine | Jubilee Red | Buff Orange |

GROUND

G06-SMR1-011 _ FIESTA FLOWER VINE
MACHINE CREWEL/EMBROIDERY/3-D CROCHET APPLIQUE FLOWERS/SEQUINS
GIRL - SUMMER 1 2006 DELIVERY
REF# 21771
STYLE#

3-4 YEARS
PLEASE SEE TECH DESIGN AND COLOR SKETCH FOR EXACT PLACEMENT

9/27/05  REVISED A/W
7/18/05

WEARER'S LEFT



ALL MACHINE CREWEL EMBROIDERY

WEARER'S LEFT



GROUND

Black | Forest Shade | Hibiscus Cooler | Buff Orange | Jubilee Red | Very Berry | Tangerine

BG06-SMR1-014  FIESTA BOUQUET w/ LADY BUGS
MACHINE CREWEL EMBROIDERY
BABY GIRL - SUMMER 1 2006 DELIVERY
REF# BG40581
STYLE#

9/27/05: REVISED A/W
9/26/05: CHANGED A/W
8/10/05
7/27/05: REVISED BUTTON CODE
7/18/05

12-18 MOS.

PLEASE SEE TECH DESIGN AND COLOR SKETCH FOR EXACT PLACEMENT

FRONT

RIGHT LEG    LEFT LEG

ALL MACHINE CREWEL EMBROIDERY

CALLOUTS

FRONT

RIGHT LEG    LEFT LEG

GROUND

| Buff Orange | Jubilee Red | Tangerine | Very Berry | Forest Shade | Lil Snow | Hibiscus Cooler |

0    1    2    3    4    5    6    7

KNIT                                7/1/05

A1467-1
Small Fiesta Floral - Black
Girl/Baby Girl Summer 2006 Delivery



Repeat 3.6"    0 Drop

Side Repeat 3.6"



GROUND

Black | Lil Snow | Jubilee Red | Buff Orange | Forest Shade | Very Berry | Tangerine

Hibiscus Cooler | Flamingo | Blackberry Stain

G06-SMR1-015
MACHINE EMBROIDERY CROCHET INSET
GIRL/BABY GIRL - SUMMER 1 2006 DELIVERY
REF# 12323/BG11456   LIKE-STYLE
STYLE#

FIEST FLOWERS

7/18/05

3-4 YEARS.
PLEASE SEE TECH DESIGN AND COLOR SKETCH FOR EXACT PLACEMENT

PLACEMENT AT NECKLINE
ALL MACHINE CREWEL EMBROIDERY



LARGE CENTER
DOTS ARE FRENCH KNOTS
SMALLER DOTS
ARE MACHINE EMB.

WEARER'S LEFT SLEEVE
ALL MACHINE EMB

WEARER'S RIGHT SLEEVE
ALL MACHINE EMB

CROCHET INSET - ALL CROCHET

WIDTH 1.5"



REPEAT 1.3"

THIS COLOR
REPRESENTS
LIL SNOW

GROUND



| Lil Snow | Jubilee Red | Tangerine | Very Berry | Forest Shade | Flamingo | Black | Hibiscus Cooler | Army |
|----------|-------------|-----------|------------|--------------|----------|-------|-----------------|------|

BG06-SMR1-003    *FIESTA LADYBUG*
MACHINE EMBROIDERY/APPLIQUE
BABY GIRL - SUMMER 1 2006 DELIVERY
REF# BG11447
STYLE#

9/26/05  Changed Crochet to
Emb           ~~7/16/05~~

12-18 MOS.
PLEASE SEE TECH DESIGN AND COLOR SKETCH FOR EXACT PLACEMENT



---

CALLOUTS

MACHINE EMBROIDERY

POPLIN
APPLIQUE

MACHINE EMB.
RUNNING STITCH

MACHINE EMB.

MACHINE EMB.



GROUND

| Buff Orange | Jubilee Red | Tangerine | Hibiscus Cooler | Very Berry | Black | Forest Shade |
|---|---|---|---|---|---|---|

0    1    2    3    4    5    6    7

LITTLE LADY FIESTA FLOWER

BG06-SMR1-005
BABY GIRL:SUMMER 1 2006                                   7/18/05
HEAVY MACHINE CREWEL EMBROIDERY/BUTTON/SATIN STITCH
REF# BG11452

12-18 MOS.

PLEASE SEE TECH DESIGN AND COLOR SKETCH FOR EXACT PLACEMENT



HEAVY MACHINE CREWEL
——EMBROIDERED FLOWERS

MACHINE EMBROIDERY-MATTE
THREAD

——FRENCH
KNOTS

14L

B32017

MACHINE CREWEL EMBROIDERY

little lady——MACHINE EMBROIDERED
SATIN STITCH/MATTE THREAD

IMITATION
WOOD BUTTON

| GROUND | | | | | | | |
|--------|-----------|----------------|----------------|-----------------|---------------|--------------------|-------|
| LIL SNOW | Tangerine | Jubilee Red | Buff Orange | Forest Shade | VERY BERRY | HIBISCUS COOLER | BLACK |

FIESTA CROCHET FLOWER + EMBROIDERY

BG06-SMR1-002
BABYGIRL:SUMMER 1 2006
3D CROCHET FLOWER /MACHINE EMBROIDERY
REF#BG11446
STYLE #

~~9/27/06: REVISED A/W TECHNIQUE~~
9/29/05                    ~~7/18/05~~
revised crochet dangle colors  ~~8/10/05~~
~~ADDED LADYBUG TO EMB.~~

12-18 MOS.

PLEASE SEE TECH DESIGN AND COLOR SKETCH FOR EXACT PLACEMENT

LOOSE
3-D CROCHET FLOWER

ALL FLOWERS
ALL  MACHINE CREWEL EMBROIDERY





PLACEMENT AT STRAPS
TACKED DOWN WITH
MACHINE EMBROIDERY
IN CENTER

GROUND


VERY BERRY


BUFF
ORANGE

Tangerine

Jubilee
Red

Forest
Shade


BLACK

0     1     2     3     4     5     6

FIESTA FLOWERS WITH LADYBUGS

BG06-SMR1-006
MACHINE CREWEL EMBROIDERY
BABY GIRL - SUMMER 1 2006 DELIVERY
REF# BG21139
STYLE#

12-18 MOS.
PLEASE SEE TECH DESIGN AND COLOR SKETCH FOR EXACT PLACEMENT

ALL MACHINE CREWEL EMBROIDERY

9/27/05 - REVISED A/W TECHNIQUE
9/26/05  CHANGE DANGLES TO MACH EMB
8/31/05 revise art - reduce embroidery
8/12/05 - ADDED LADYBUG DANGLES
8/11/05 - REVISED A/W - ADDED LADYBUGS
7/18/05

**ATTACH DANGLES
TO TIES ON GARMENT**

SATIN STITCHED
EDGE
MACHINE
EMBROIDERY

3-D MACHINE EMB.



| GROUND | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Buff Orange | Jubilee Red | Tangerine | Very Berry | Forest Shade | Lil Snow | Hibiscus Cooler | BLACK | |

REPEAT

# EXHIBIT B



**EXHIBIT B**

Defendants' knockoff

Gymboree garment
with Gym-Mark design

# EXHIBIT B (continued)



**Defendants' knockoff**

**(close-up of neckline)**

**Gym-Mark design**

**(close-up of neckline)**

**EXHIBIT B (continued)**



Gym-Mark design
(close-up of sleeve)



Defendants' knockoff
(close-up of sleeve)

# EXHIBIT C

# EXHIBIT C

**Gymboree garment
with Gym-Mark designs**

**Defendants'
knockoff**



**EXHIBIT C (continued)**



Gym-Mark design

(close-up of top of dress)

Defendants' knockoff

(close-up of top right of shorts)

**EXHIBIT C (continued)**



Defendants' knockoff

(close-up of bottom left of shorts)

Gym-Mark design

(close-up of bottom middle of dress)

# EXHIBIT D

# EXHIBIT D

Defendants'

knockoff

Gymboree garment

with Gym-Mark designs



**EXHIBIT D (continued)**



Gym Mark design
(close-up of middle right of dress)

**EXHIBIT D (continued)**



Gym-Mark design
(close-up of middle of dress)

**EXHIBIT D (continued)**



Gym-Mark design

(close-up of bottom left of dress)

SF 1386845 v.3
(23714.00037)