ANNETTE L. HURST (Bar No. 148738)
DANIEL N. KASSABIAN (Bar No. 215249)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
E-mail: annette.hurst@hellerehrman.com
daniel.kassabian@hellerehrman.com

Attorneys for Plaintiffs
GYM-MARK, INC. and THE GYMBOREE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GYM-MARK, INC. and THE GYMBOREE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>CHILDREN'S APPAREL NETWORK, LTD. and MERVYN'S LLC,<br><br>Defendants. | Case No.: C 07 3523 EDL<br><br>**PLAINTIFFS GYM-MARK, INC.'S AND THE GYMBOREE CORPORATION'S DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Gym-Mark, Inc. is wholly owned by Plaintiff The Gymboree Corporation, and Plaintiff The Gymboree Corporation is a publicly traded company, of which more than 10% is owned by FMR Corporation and by Goldman Sachs Asset Management, L.P.

Dated: July 6, 2007

Respectfully submitted,

HELLER EHRMAN LLP

By /s/ Annette L. Hurst
ANNETTE L. HURST
Attorneys for Plaintiffs
GYM-MARK, INC. and
THE GYMBOREE CORPORATION