AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of California

GYM-MARK, INC. and THE GYMBOREE CORPORATION

**SUMMONS IN A CIVIL CASE**

V.

CHILDREN'S APPAREL NETWORK, LTD. and MERVYN'S LLC

CASE NUMBER: **EDL**

C 07 3523

E-Filing

**TO:** (Name and address of Defendant)
CHILDREN'S APPAREL NETWORK, LTD.
Murray Maleh
Chairman / Chief Executive Officer
Children's Apparel Network, Ltd.
77 South First Street
Elizabeth, New Jersey 07206

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ANNETTE L. HURST, ESQ.
HELLER EHRMAN LLP
333 BUSH STREET
SAN FRANCISCO, CA 94104-2878

an answer to the complaint which is served on you with this summons, within  TWENTY (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

JUL 6 2007

CLERK

DATE

(By) DEPUTY CLERK    ANNA SPRINKLES

2002 © American LegalNet, Inc.

**New Jersey Lawyers Service**
2333 U.S. Hwy 22 West
Union, New Jersey 07083
908-686-7300



JOB_NUM:   45885

---

**PLAINTIFF**

GYM-MARK, INC. AND GYMBOREE CORPORATION VS
CHILDREN'S APPAREL NETWORK, LTD ANS MERVYN'S LLC

**DEFENDANT**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
DOCKET: CV-07-3523-EDL

**AFFIDAVIT OF SERVICE**

---

Attorney:   File #   23714-0037
HELLER EHRMAN LLP
333 BUSH STREET — 9th FL
SAN FRANCISCO   CA   94104
(415) 772-6000

Papers Served:   US DISTRICT SUMMONS AND COMPLAINT

Person to be served:   MURRAY MALEH, CEO
CHILDREN'S APPAREL NETWORK, LTD. 77
SOUTH FIRST STREET
ELIZABETH NJ 07206

Served Successfully ✔   Not Served ☐   Date 7/12/2007   Time 10:45 AM

Attempts: _____

____ Delivered a copy to him/her personally

____ Left a copy with a competent household member over 14 years of age residing therein (indicate name relationship at right)

 X  Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc. (indicate name _official title at right)

Name of Person Served and relationship/title:
Address Served:

**TOM M.**
**AUTHORIZED AGENT**

Description of Person Accepting Service:

| Sex: M | Age: 50'S | Weight: 200 | Skin Color: WHITE | Hair Color: S&P |

Military Service I asked the person whether recipient was in active military service ot the United States or the State of New Jersey in any activity whatever and received a negative reply. Recipient wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversation and observation above narrated.

Subscribed and Sworn to me this
25 day of July 2007

_____
MARCO P. PEREIRA
Notary NOTARY PUBLIC OF NEW JERSEY
My Commission Exp. June 5, 2012

I ____LARRY SABLE____, at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Process Service