AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of California

GYM-MARK, INC. and THE GYMBOREE
CORPORATION

**SUMMONS IN A CIVIL CASE**

V.

CHILDREN'S APPAREL NETWORK, LTD. and
MERVYN'S LLC

CASE NUMBER: **EDL**

C 07  3523

E-Filing

TO: (Name and address of Defendant)
MERVYN'S LLC
c/o C T CORPORATION SYSTEM (registered agent for service of process)
JERE KEPRIOS
818 WEST SEVENTH STREET
LOS ANGELES, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ANNETTE L. HURST, ESQ.
HELLER EHRMAN LLP
333 BUSH STREET
SAN FRANCISCO, CA 94104-2878

an answer to the complaint which is served on you with this summons, within  TWENTY (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                                    JUL 6 2007

CLERK                                                 DATE

ANNA SPRINKLES

(By) DEPUTY CLERK

2002 © American LegalNet, Inc.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 7·10·07 |
| NAME OF SERVER (PRINT)  Doug Forest | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where  818 West Seventh Street Los Angeles CA 90017

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☒ Other (specify): Served ATA c⁄t Corporation

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                Date                         Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2002 © American LegalNet, Inc.