MARTHA C. LUEMERS, ESQ. (State Bar No. 104658)
DORSEY & WHITNEY LLP
1717 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 857-1717
Facsimile: (650) 857-1288
eFilingPA@Dorsey.com

BRUCE R. EWING (pro hac vice admission pending)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, New York 10177
Telephone: (212) 415-9200
Facsimile: (212) 953-7201

Attorneys for Defendants
CHILDREN'S APPAREL NETWORK, LTD. and MERVYN'S LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GYM-MARK, INC. and THE GYMBOREE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>CHILDREN'S APPAREL NETWORK, LTD. and MERVYN'S LLC,<br><br>Defendants. | **CASE NO.: C-07-3523-EDL**<br><br>**STIPULATION EXTENDING TIME WITHIN WHICH TO ANSWER OR OTHERWISE TO RESPOND TO THE COMPLAINT**<br><br>**Date Action Filed: July 6, 2007**<br>**Trial Date: None Set**<br><br>**Magistrate Judge Elizabeth D. LaPorte** |

IT IS HEREBY STIPULATED BY ALL PARTIES HERETO:

That defendants CHILDREN'S APPAREL NETWORK, LTD. and MERVYN'S LLC shall have to and including August 22, 2007 within which to answer or otherwise respond to the complaint of plaintiffs GYM-MARK, INC. and THE GYMBOREE CORPORATION.  This stipulation is without prejudice to plaintiffs' ability to seek a preliminary injunction or other relief.

DATED: July 30, 2007                                HELLER EHRMAN LLP

                                                    By:         /s/
                                                        DANIEL N. KASSABIAN, ESQ.
                                                        Attorneys for Plaintiffs
                                                        GYM-MARK, INC. and THE GYMBOREE
                                                        CORPORATION

DATED: July 30, 2007                                DORSEY & WHITNEY LLP

                                                    By:         /s/
                                                        MARTHA C. LUEMERS, ESQ.
                                                        Attorneys for Defendants
                                                        CHILDREN'S APPAREL NETWORK,
                                                        LTD. and MERVYN'S LLC

<u>Attorney Signature Attestation</u>

I, Martha C. Luemers, counsel for Children's Apparel Network, Ltd. and Mervyn's LLC, hereby attest that I have on file a .pdf copy of this stipulation from and executed by Daniel N. Kassabian, whose signature is indicated in this e-filed document by a "conformed" signature (/s/).

                                                          /s/
                                                    Martha C. Luemers