| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Bruce R. Ewing, Esq.
DORSEY & WHITNEY LLP
250 Park Avenue, New York, New York 10177
Tel: (212) 415-9200; Fax: (212) 953-7201
ewing.bruce@dorsey.com

FILED
07 AUG -7 PM 3:12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GYM-MARK, INC. and THE
GYMBOREE CORPORATION

E-filing

Plaintiff(s),

CASE NO. C-07-03523-EDL

v.

CHILDREN'S APPAREL NETWORK,
LTD. and MERVYN'S LLC.

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Defendant(s).  /

Pursuant to Civil L.R. 11-3, Bruce R. Ewing, an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendants in the above-entitled action.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.  An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
    Martha C. Luemers, Esq. (SBN 104658); DORSEY & WHITNEY LLP
    1717 Embarcadero Road, Palo Alto, CA 94303  (650) 857-1717

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/2/07

BRUCE R. EWING