FILED

AUG X 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



UNITED STATES DISTRICT COURT

Northern District of California

GYM-MARK, INC. and THE GYMBOREE CORPORATION,

Plaintiff(s),

v.

CHILDREN'S APPAREL NETWORK, LTD. and MERVYN'S LLC,

Defendant(s).

CASE NO. C-07-03523

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Bruce R. Ewing , an active member in good standing of the bar of New York whose business address and telephone number (particular court to which applicant is admitted) is

Dorsey & Whitney LLP, 250 Park Ave., New York, N.Y. 10177; (212) 415-9200

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendants

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: Aug 9, 2007

_____
United States Magistrate Judge