MARTHA C. LUEMERS, ESQ.  SBN  104658
DORSEY & WHITNEY LLP
1717 Embarcadero Road
P.O. Box 51050
Palo Alto, California 94303
Telephone:  (650) 857-1717
Facsimile:  (650) 857-1288
E-Mail:  eFilingPA@dorsey.com

BRUCE R. EWING, ESQ. (pro hac vice)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, New York 10177
Telephone:  (212) 415-9200
Facsimile:   (212) 953-7201
E-Mail:  ewing.bruce@dorsey.com

Attorneys for Defendants
CHILDREN'S APPAREL NETWORK,
LTD. and MERVYN'S LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GYM-MARK, INC. and THE GYMBOREE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>CHILDREN'S APPAREL NETWORK, LTD. and MERVYN'S LLC,<br><br>Defendants. | **CASE NO. C 07 03523 EDL**<br><br>**CORPORATE DISCLOSURE STATEMENT OF CHILDREN'S APPAREL NETWORK, LTD. AND MERVYN'S LLC (Fed.R.Civ.Pro. 7.1)**<br><br>**DATE ACTION FILED:  July 6, 2007**<br>**TRIAL DATE:  None Set**<br><br>**Magistrate Judge Elizabeth D. LaPorte** |

The parent corporation of Mervyn's LLC is Mervyn's Holdings, LLC. There is no publicly held corporation that owns 10% or more of Mervyn's LLC's stock.

Children's Apparel Network, Ltd. has no parent and no publicly held corporation owns 10% or more of its stock.

DATED: August 22, 2007

                                  DORSEY & WHITNEY LLP

By        /s/
     MARTHA C. LUEMERS
     BRUCE R. EWING (pro hac vice)
     Attorneys for Plaintiffs
     CHILDREN'S APPAREL NETWORK LTD. and MERVYN'S LLC