UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GYM-MARK, INC. and THE GYMBOREE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>CHILDREN'S APPAREL NETWORK, LTD. and MERVYN'S LLC,<br><br>Defendants. | **CASE NO. C 07 03523 EDL**<br><br>**DEFENDANTS' ADR CERTIFICATION** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1)   Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site http://www.adr.cand.uscourts.gov;

(2)   Discussed the available dispute resolution options provided by the Court and private entities; and

(3)   Considered whether this case might benefit from any of the available dispute resolution options.

Dated:  September 18, 2007

/S/
Abraham Maleh
for Children's Apparel Network, Ltd.

1

2  Dated: September 18, 2007                    /S/
                                          Amanda Riley
3                                         for Mervyn's LLC

4

5

6                                               /S/
   Dated: September 18, 2007              Bruce R. Ewing, Esq. (admitted *pro hac vice*)
7                                         Dorsey & Whitney LLP
                                          250 Park Ave.
8                                         New York, New York 10177
                                          (212) 415-9200
9
                                          Attorneys for Defendants
10                                        Children's Apparel Network, Ltd. and
                                          Mervyn's LLC
11

12

13                           <u>Attestation</u>

14     I, Martha C. Luemers, hereby attest that I have on file all holographic signatures for any

15  signatures indicated by a conformed signature within this e-filed document.

16
                                                /S/
17                                        MARTHA C. LUEMERS

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANTS' ADR CERTIFICATION**
**(Case No. C 07-03523 EDL)**

-2-