MARTHA C. LUEMERS, ESQ.  SBN  104658
DORSEY & WHITNEY LLP
1717 Embarcadero Road
P.O. Box 51050
Palo Alto, California 94303
Telephone:  (650) 857-1717
Facsimile:  (650) 857-1288
E-Mail:  eFilingPA@dorsey.com
E-Mail:  luemers.martha@dorsey.com

BRUCE R. EWING, ESQ., *Appearing Pro Hac Vice*
DORSEY & WHITNEY LLP
250 Park Avenue
New York, New York 10177
Telephone:  (212) 415-9200
Facsimile:   (212) 953-7201
E-Mail:  ewing.bruce@dorsey.com

Attorneys for Defendants
CHILDREN'S APPAREL NETWORK, LTD.
and MERVYN'S LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GYM-MARK, INC. and THE GYMBOREE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>CHILDREN'S APPAREL NETWORK, LTD. and MERVYN'S LLC,<br><br>Defendants. | **CASE NO. C 07 03523 EDL**<br><br>**NOTICE OF NEED FOR ADR PHONE CONFERENCE** |

Counsel for Defendants Children's Apparel Network, Ltd. and Mervyn's LLC report that they have been unable to meet and confer regarding ADR with counsel for plaintiffs, and that counsel for the parties therefore:

    _X_    have not yet reached an agreement to an ADR process

    ____    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference:    October 9, 2007

1  The following counsel will participate in the ADR phone conference on behalf of
2  defendants:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Bruce R. Ewing | Defendants | (212) 415-9200 | ewing.bruce@dorsey.com |
| Martha C. Luemers | Defendants | (650) 857-1717 | luemers.martha@dorsey.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

DATED: September 18, 2007

DORSEY & WHITNEY LLP

By    /S/
MARTHA C. LUEMERS, ESQ.
Attorneys for Defendants
CHILDREN'S APPAREL NETWORK LTD. and
MERVYN'S LLC

**NOTICE OF NEED FOR ADR PHONE CONF.**
-2-    **(Case No. C 07-03523 EDL)**