MARTHA C. LUEMERS, ESQ.  SBN  104658
DORSEY & WHITNEY LLP
1717 Embarcadero Road
P.O. Box 51050
Palo Alto, California 94303
Telephone:  (650) 857-1717
Facsimile:  (650) 857-1288
E-Mail:  eFilingPA@dorsey.com

BRUCE R. EWING, ESQ., *Appearing Pro Hac Vice*
DORSEY & WHITNEY LLP
250 Park Avenue
New York, New York 10177
Telephone:  (212) 415-9200
Facsimile:   (212) 953-7201
E-Mail:  ewing.bruce@dorsey.com

Attorneys for Defendants
CHILDREN'S APPAREL NETWORK, LTD.
and MERVYN'S LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GYM-MARK, INC. and THE GYMBOREE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>CHILDREN'S APPAREL NETWORK, LTD. and MERVYN'S LLC,<br><br>Defendants. | **CASE NO. C 07 03523 EDL**<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>**DATE ACTION FILED:  July 6, 2007**<br>**TRIAL DATE:  None Set**<br><br>**Magistrate Judge Elizabeth D. LaPorte** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned parties hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

//

//

//

-1- **DECLINATION TO PROCEED BEFORE A MAG. JUDGE AND REQUEST FOR REASSIGNMENT (Case No. C 07-03523 EDL)**

1  DATED: September 18, 2007

2                                          DORSEY & WHITNEY LLP

3

4                                          By         /S/
                                              MARTHA C. LUEMERS, ESQ.
5                                             Attorneys for Defendants
                                              CHILDREN'S APPAREL NETWORK LTD. and
6                                             MERVYN'S LLC

-2-  **DECLINATION TO PROCEED BEFORE A MAG. JUDGE AND REQUEST FOR REASSIGNMENT (Case No. C 07-03523 EDL)**