**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GYM-MARK, INC. ET AL, | No. C 07-03523 JW |
|         Plaintiff(s), | |
|    v. | CLERK'S NOTICE |
| CHILDREN"S APPAREL NETWORK, LTD. ET AL, | |
|         Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to reassignment of this case a Case Management Conference has been set before Judge James Ware on **December 3, 2007 at 10:00 AM ,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties shall file a joint case management statement by November 23, 2007. The parties are to renotice and file any previously pending motions before Judge Ware subject to the Court's availability.

Dated: September 24, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
     Elizabeth Garcia
     Courtroom Deputy