ANNETTE L. HURST (Bar No. 148738)
DANIEL N. KASSABIAN (Bar No. 215249)
ELISABETH R. BROWN (Bar No. 234879)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1415.772.6268
Email: Annette.Hurst@HellerEhrman.com
        Daniel.Kassabian@HellerEhrman.com
        Elisabeth.Brown@HellerEhrman.com

Attorneys for Plaintiffs
GYM-MARK, INC. and THE GYMBOREE CORPORATION

MARTHA C. LUEMERS (Bar No. 104658)
DORSEY & WHITNEY LLP
1717 Embarcadero Road
Palo Alto, California 94303
Telephone: +1.650.857.1717
Facsimile: +1.650.857.1288
Email: efilingPA@dorsey.com

BRUCE R. EWING (*pro hac vice*)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, New York 10177-1500
Telephone: +1.212.415.9200
Facsimile: +1.212.953.7201
Email: Ewing.Bruce@dorsey.com

Attorneys for Defendants
CHILDREN'S APPAREL NETWORK, LTD. and MERVYN'S LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GYM-MARK, INC. and GYMBOREE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHILDREN'S APPAREL NETWORK, LTD. and MERVYN'S LLC, <br><br> Defendants. | Case No.: C 07-03523 (JW) (HRL) <br><br> **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

    \_    Non-binding Arbitration (ADR L.R. 4)

    \_    Early Neutral Evaluation (ENE) (ADR L.R. 5)

    <u>X</u>    Mediation (ADR L.R. 6)

**Private Process:**

    \_    Private ADR (*please identify process and provider*)_____

The parties agree to hold the ADR session by:

    <u>X</u>    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

    \_    other requested deadline_____

Dated: November 9, 2007          <u>/s/ Annette L. Hurst</u>
                             Attorney for Plaintiffs

Dated: November 9, 2007          <u>/s/ Martha C. Luemers</u>
                             Attorney for Defendants

2

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

    _    Non-binding Arbitration

    _    Early Neutral Evaluation (ENE)

    <u>X</u>    Mediation

    _    Private ADR

Deadline for ADR session:

    <u>X</u>    90 days from the date of this order.

    _    other _____

IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES DISTRICT COURT JUDGE

ATTESTATION OF E-FILED SIGNATURE

I, Annette L. Hurst, attest that Martha C. Luemers has read and approved the Stipulation and [Proposed] Order Selecting ADR Process.  I will maintain records of Ms. Luemers' concurrence in our files that can be made available for inspection upon request.

/s/Annette L. Hurst
Annette L. Hurst

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
Case No. C 07-03523 (JW) (HRL)