ANNETTE L. HURST (Bar No. 148738)
DANIEL N. KASSABIAN (Bar No. 215249)
ELISABETH R. BROWN (Bar No. 234879)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: +1.415.772.6000
Facsimile:   +1415.772.6268
Email: Annette.Hurst@HellerEhrman.com
       Daniel.Kassabian@HellerEhrman.com
       Elisabeth.Brown@HellerEhrman.com

Attorneys for Plaintiffs
GYM-MARK, INC. and THE GYMBOREE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GYM-MARK, INC. and THE GYMBOREE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>CHILDREN'S APPAREL NETWORK, LTD. and MERVYN'S LLC,<br><br>Defendants. | Case No.: C 07-03523 (JW) (HRL)<br><br>**PLAINTIFFS' ADR CERTIFICATION** |
|---|---|

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

//

//

PLAINTIFFS' ADR CERTIFICATION
Case No. C 07-03523 (JW) (HRL)

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: November 9, 2007        /s/ Deborah A. Klaus
                               for GYM-MARK, INC. and
                               THE GYMBOREE CORPORATION

Dated: November 9, 2007        /s/ Annette L. Hurst
                               Attorney for Plaintiffs

## ATTESTATION OF E-FILED SIGNATURE

I, Annette L. Hurst, attest that I have on file all holographic signatures for any signatures indicated by a conformed signature within this e-filed document.

/s/Annette L. Hurst
Annette L. Hurst