# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| GYM-MARK, Inc., | 07-03523 JW MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Children's Apparel Network, Ltd., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Henry Su**
> Howrey LLP
> 1950 University Ave., 4th Fl.
> East Palo Alto, CA 94303-2281
> 650-798-3600

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: November 26, 2007

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov