1

2

3

4

5

6

7

8 # UNITED STATES DISTRICT COURT

9 **Northern District of California**

10 | GYM-MARK, Inc.,                                    07-03523 JW MED

11 |                    Plaintiff(s),          **Notice Vacating Appointment of Mediator Henry Su and Appointing Mediator Margaret Corrigan**

12 |        v.

13 | Children's Apparel Network, Ltd.,

14 |                    Defendant(s).

15 TO COUNSEL OF RECORD:

16       The appointment of Henry Su to serve as the Mediator in this matter is vacated.

17 The court notifies the parties and counsel that the new Mediator assigned to this case

18 is:

19                         **Margaret Corrigan**
                        Circuit Mediation Office
20                      U.S. Court of Appeals, Ninth Circuit
                        95 Seventh St.
21                      P.O. Box 193939
                        San Francisco, CA 94119
22                      415-355-7905
                        Margaret_Corrigan@ca9.uscourts.gov
23
       Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which
24
governs the Mediation program.  The mediator will schedule a joint phone conference
25
with counsel under ADR L.R. 6-6.  The mediator is available to proceed on January 31,
26
2008, the date agreed upon by all parties, for the mediation session.  The court permits
27
the mediator to charge each party its pro rata share of the cost of the phone conference.
28

**Notice of Appointment of Mediator**
07-03523 JW MED                          - 1 -

United States District Court
Northern District of California

1    Counsel are reminded that the written mediation statements required by the ADR

2    L.R. 6-7 shall NOT be filed with the court.

3

4    Dated: January 11, 2008

5                                              RICHARD W. WIEKING
                                               Clerk
6                                              by:    Alice M. Fiel

7

8    _____
                                               ADR Case Administrator
9                                              415-522-3148
                                               Alice_Fiel@cand.uscourts.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-03523 JW MED                          - 2 -