# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| GYM-MARK, Inc., | No. C 07-03523 JW MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Children's Apparel Network, Ltd., | |
| Defendant(s). | |

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☐ ENE session on (date) __1/31/08__

2. Did the case settle?   ☑ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☑ YES   ☐ NO

Dated: __2/15/08__    _Margaret Corrigan_
**Mediator, Margaret Corrigan**
Circuit Mediation Office
U.S. Court of Appeals, Ninth Circuit
95 Seventh St.
P.O. Box 193939
San Francisco, CA 94119

**Certification of ADR Session**
07-03523 JW MED