# EXHIBIT 1A



CHILDREN'S APPAREL NETWORK
SPRING 2007
2 PC BERMUDA SET
2-4T

EMBROIDERY S178

4C7530 2-5T

← Stripe Gauze











CRINKLED GAUZE FABRIC
LACE TRIM W/ EMBROIDERY
S059

4C7515 2-4T

**SPRING 2007**

**CHILDREN'S APPAREL**

**NETWORK**

3 PC SKOOTER SETS

2-4T    4-6X



CHILDREN'S APPAREL

NETWORK

SPRING 2007

3 PC SKIRT SETS

2-4T   4-6X

4C7524 2-4T

CRINKLED GAUZE FABRIC
LACE TRIM W/ EMBROIDERY
S059