# EXHIBIT 1B









SPRING 2007

**CHILDREN'S APPAREL**

N E T W O R K

2 PC DRESS SETS

2-4T  4-6X

EMBROIDERY S231

4C7444 2-4T