# EXHIBIT 1C



CHILDREN'S APPAREL
NETWORK
SPRING 2007    2 PC BERMUDA SET    2-4T    4-6X
4C7521 2-4T
EMBROIDERY S178
STRIPE GAUZE






CRINKLED GAUZE FABRIC
LACE TRIM W/ EMBROIDERY
S059

4C9524 4-6X

SPRING 2007

**CHILDREN'S APPAREL**

N E T W O R K

3 PC SKIRT SETS

2-4T   4-6X


