EXHIBIT 1D






SPRING 2007

CHILDREN'S APPAREL

N E T W O R K

3 PC BERMUDA SHORT SET

2-4T

EMBROIDERY

4C7539 2-4T

STRIPE GAUZE

HEADSCARF






EMBROIDERY
5231

4C9444 4-6X

SPRING 2007

CHILDREN'S APPAREL

N E T W O R K

2 PC DRESS SETS

2-4T    4-6X

84






CRINKLED GAUZE FABRIC
LACE TRIM W/ EMBROIDERY
S059

4C9515 4-6X

CHILDREN'S APPAREL

SPRING 2007

N E T W O R K

3 PC SKOOTER SETS

2-4T

4-6X



43

