# EXHIBIT 2

# **EXHIBIT 2**

| | |
|---|---|
| Argentina | Macau |
| Australia | Malaysia |
| Chile | Mexico |
| China | Nicaragua |
| Colombia | Peru |
| Costa Rica | Philippines |
| Cyprus | Portugal |
| Dominican Republic | Puerto Rico |
| Ecuador | Republic of Panama |
| El Salvador | Singapore |
| France | South Korea |
| Greece | South Africa |
| Guatemala | Spain |
| Honduras | Switzerland |
| Hong Kong | Taiwan |
| India | Thailand |
| Indonesia | Turkey |
| Ireland | UK |
| Japan | |