ANNETTE L. HURST (Bar No. 148738)
DANIEL N. KASSABIAN (Bar No. 215249)
ELISABETH R. BROWN (Bar No. 234879)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California  94104-2878
Telephone:    +1.415.772.6000
Facsimile:     +1.415.772.6268
Email:        Annette.Hurst@HellerEhrman.com
              Daniel.Kassabian@HellerEhrman.com
              Elisabeth.Brown@HellerEhrman.com

Attorneys for Plaintiffs
GYM-MARK, INC. and THE GYMBOREE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GYM-MARK, INC. and THE GYMBOREE CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> CHILDREN'S APPAREL NETWORK, LTD. and MERVYN'S LLC, <br><br> Defendants. | Case No.: C 07-03523 JW (HRL) <br><br> **STIPULATION AND [PROPOSED] ORDER FOR CONSENT INJUNCTION** |

Heller
Ehrman LLP

This Stipulation and Order for Consent Injunction is made between Plaintiffs Gym-Mark, Inc. ("Gym-Mark") and The Gymboree Corporation ("Gymboree") (collectively, "Plaintiffs") and Defendants Children's Apparel Network ("CAN") and Mervyn's LLC ("Mervyn's") (collectively, "Defendants"), by and through their counsel of record with reference to the following:

WHEREAS, on or about July 6, 2007 Plaintiffs filed the complaint in this action entitled *Gym-Mark, Inc. and The Gymboree Corporation v. Mervyn's LLC and Children's Apparel Network, Ltd.*, Case No. C 07-03523 (JW) (HRL), in which Plaintiffs alleged, *inter alia*, copyright infringement under 17 U.S.C. § 101 *et seq.*, and unfair competition under Cal. Bus. & Prof. Code § 17200 *et seq.* (the "Action") concerning certain clothing items manufactured, distributed, and offered for sale by CAN to retailers and distributed to consumers by Mervyn's, among other retailers; and

WHEREAS, the Parties each now desire to resolve, compromise and settle the Action without any admission of liability; and

WHEREAS, the Parties agree that a consent injunction relating to the manufacture, distribution, offering for sale or sale by Defendants of the materials depicted in Exhibit 1 is a necessary and material component of the settlement agreement;

NOW, THEREFORE, Plaintiffs and Defendants, by and through their counsel of record, hereby agree and stipulate that this Consent Injunction shall be entered as a permanent injunction in this action as follows:

1.    Defendants CAN and Mervyn's, and all of their agents, successors and assigns, and all persons in active concert or participation with any of them are hereby enjoined from further manufacturing, distribution, offering for sale or sale of the items depicted in Exhibit 1; and

2.    CAN, in its sole discretion, shall elect either to (a) destroy any remaining inventory of the Exhibit 1 Items in its possession, custody, and/or control,  and within ten business days thereafter supply Gymboree with an affidavit confirming such destruction, or to (b) donate all remaining inventory of the items depicted in Exhibit 1 in CAN's possession, custody, and/or control (the "Donation") to a charitable organization requiring as a condition of such Donation that

Heller
Ehrman LLP

1

such organization distribute all such items without consideration and entirely outside of the United States and not to one of the countries specified in Exhibit 2 hereto ("Charitable Organization").  In the event that CAN elects option (b) in this Paragraph 2, CAN shall supply Gymboree the name or names of potential Charitable Organization(s), and Gymboree shall approve, which approval shall not be unreasonably withheld, one of such Charitable Organization(s) within five business days , following which CAN shall complete the Donation and supply a confirming affidavit concerning the completion of the Donation and the Charitable Organization's agreement to be bound by the foregoing restrictions.  The Donation shall not be made to an organization without Gymboree's approval.  In the event CAN elects option (b) in this Paragraph 4, CAN shall have until June 30, 2008 to complete the donation in accordance with this paragraph.  Notwithstanding, CAN shall use diligent efforts to complete the donation as soon as is practicable following the execution of this Agreement; and

3.      Defendants CAN and Mervyn's, and all of their agents, successors, assigns, and all persons in active concert or participation with any of them are hereby enjoined from any future infringement of Copyright Registration No. VAu682-370, including, but not limited to, manufacturing, distribution, offering to sell or selling the garments depicted in Exhibit 1; and

4.      The Court shall retain jurisdiction over this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and/or enforce the provisions of this Consent Injunction.

Heller
Ehrman LLP

STIPULATION AND [PROPOSED] ORDER FOR CONSENT INJUNCTION        Case No.: C 07-3523 JW (HRL)

STIPULATED AND AGREED.

Dated:  February 20, 2008                HELLER EHRMAN LLP


                                         By _____/s/ *Annette L. Hurst*_____
                                                    ANNETTE L. HURST

                                         Attorneys for Plaintiffs
                                         GYM-MARK, INC. and
                                         THE GYMBOREE CORPORATION


Dated: February 20, 2008                 DORSEY & WHITNEY LLP


                                         By _____/s/ *Bruce R. Ewing*_____
                                                    BRUCE R. EWING

                                         Attorneys for Defendants
                                         CHILDREN'S APPAREL NETWORK and MERVYN'S
                                         LLC


IT IS SO ORDERED.    Pursuant to the Stipulation, the Clerk of Court shall close this file.


Dated:_March 3, 2008___                  By _____
                                         The Honorable James Ware
                                         United States District Court Judge

Heller
Ehrman LLP

STIPULATION AND [PROPOSED] ORDER FOR CONSENT INJUNCTION        Case No.: C 07-3523 JW (HRL)

1

**ATTESTATION OF E-FILED SIGNATURE**

2

3       I hereby attest that I have on file all holograph signatures for any signatures indicated

by a "conformed" signature (/s/) within this efiled document.

4

5                                    By _____/s/ *Annette L. Hurst*_____
                                                ANNETTE L. HURST

6                                    Attorneys for Plaintiffs
                                     GYM-MARK, INC. and THE GYMBOREE
7                                    CORPORATION

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Heller      28
Ehrman LLP

---

4

EXHIBIT 1A





SPRING 2007

CHILDREN'S APPAREL

N E T W O R K

2 PC BERMUDA SET

2 - 4T

EMBROIDERY
S178

4C7530 2 -5T

← Stripe Gauze







CHILDREN'S APPAREL

SPRING 2007

N E T W O R K

2 PC BERMUDA SET

2-4T    4-6X

4C9521 4-6X

EMBROIDERY
S178

STRIPE GAUZE

49





CRINKLED GAUZE FABRIC
LACE TRIM W/ EMBROIDERY
S059

4C7515 2-4T

SPRING 2007

CHILDREN'S APPAREL

NETWORK

3 PC SKOOTER SETS

2-4T     4-6X





43




SPRING 2007

**CHILDREN'S APPAREL**

NETWORK

3 PC SKIRT SETS

2-4T    4-6X

4C7524 2-4T

CRINKLED GAUZE FABRIC
LACE TRIM W/ EMBROIDERY
S059

EXHIBIT 1B



# CHILDREN'S APPAREL

*INFANT*   N E T W O R K   *SPRING 2007*

*3PC.  BERMUDA SHORT*

*Striped Gauze*

*Emb.*

*Striped Gauze*

*Striped Gauze Sash At Front Only*

*Twill*

*Emb.*

*Slits*

4c5126

P-7323

1   2   3   4

# CHILDREN'S APPAREL

*INFANT*    N E T W O R K    *SPRING 2007*

### 3PC.  BERMUDA SHORT



*Striped Gauze*

*Emb.*

*Striped Gauze*

*Striped Gauze Sash At Front Only*

*Twill*

*Emb.*

*Slits*

4c5129

P-7323

1    2    3    4

# CHILDREN'S APPAREL
INFANT    N E T W O R K    SPRING 2007

**3PC.  SKORT SET**



Crinkled Gauze

Crinkled Gauze Top
Cluny Lace & Emb

Crinkled Gauze Skort with
Emb. & Cluny Lace

4c5482

P-7325



EMBROIDERY
S231

4C7444 2-4T

SPRING 2007

CHILDREN'S APPAREL

NETWORK

2 PC DRESS SETS

2-4T    4-6X

EXHIBIT 1C





EMBROIDERY
S178

STRIPE GAUZE

4C7521 2-4T

SPRING 2007

CHILDREN'S APPAREL

N E T W O R K

2 PC BERMUDA SET

2-4T    4-6X



49







EMBROIDERY

STRIPE GAUZE

HEADSCARF

SPRING 2007

CHILDREN'S APPAREL

N E T W O R K

3 PC BERMUDA SHORT SET

SEARS

4-6X

4C9539 4-6X







CRINKLED GAUZE FABRIC
LACE TRIM W/ EMBROIDERY
S059

SPRING 2007

CHILDREN'S APPAREL

NETWORK

3 PC SKIRT SETS

4C9524 4-6X

2-4T    4-6X

EXHIBIT 1D



SPRING 2007

CHILDREN'S APPAREL

NETWORK

3 PC BERMUDA SHORT SET

2-4T

EMBROIDERY

4C7539 2-4T

STRIPE GAUZE

HEADSCARF







EMBROIDERY
S231

4C9444 4-6X

SPRING 2007

CHILDREN'S APPAREL

N E T W O R K

2 PC DRESS SETS

2-4T    4-6X



84





CRINKLED GAUZE FABRIC
LACE TRIM W/ EMBROIDERY
S059

4C9515 4-6X

SPRING 2007

CHILDREN'S APPAREL

N E T W O R K

3 PC SKOOTER SETS

2-4T

4-6X



43



EXHIBIT 2

## EXHIBIT 2

| | |
|---|---|
| Argentina | Macau |
| Australia | Malaysia |
| Chile | Mexico |
| China | Nicaragua |
| Colombia | Peru |
| Costa Rica | Philippines |
| Cyprus | Portugal |
| Dominican Republic | Puerto Rico |
| Ecuador | Republic of Panama |
| El Salvador | Singapore |
| France | South Korea |
| Greece | South Africa |
| Guatemala | Spain |
| Honduras | Switzerland |
| Hong Kong | Taiwan |
| India | Thailand |
| Indonesia | Turkey |
| Ireland | UK |
| Japan | |